**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

Bruce H. Jackson, State Bar No. 98118
 bruce.h.jackson@bakernet.com
Irene V. Gutierrez, State Bar No. 252927
 irene.v.gutierrez@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Plaintiffs
EMERGING VISION, INC. and
STERLING VISION OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMERGING VISION, INC. and STERLING VISION OF CALIFORNIA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>FOR EYES OPTICAL COMPANY,<br><br>Defendant. | Case No. C 09-01343 JW(HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>*[Civil L.R. 16-2 (e)]*<br><br>**Existing Case Management Conference**<br>Date: July 6, 2009<br>Time: 10:00 a.m.<br>Dept: Courtroom 8, 4th Floor<br>Before the Honorable James Ware |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## STIPULATION

Pursuant to Civil L.R. 16-2(e) and the Standing Order Regarding Case Management in Civil Cases, Plaintiffs Emerging Vision, Inc. and Sterling Vision of California, Inc. ("Plaintiffs") on the one hand, and Defendant For Eyes Optical Company ("Defendant"), on the other hand, (Plaintiffs and Defendant collectively referred to as the "Parties"), by and through their respective counsel, have stipulated as follows:

WHEREAS, pursuant to the Clerk's Notice Setting Case Management Conference of May 20, 2009 ("Clerk's Notice"), there is currently scheduled a Case Management Conference on July 6, 2009 at 10:00 a.m., and a Joint Case Management Statement due to be filed by June 25, 2009; and

WHEREAS, the Parties have been participating in settlement negotiations, which have resulted in the Parties reaching a settlement in principle in the case;

WHEREAS, the Parties will need additional time to conclude the settlement documents and file the necessary pleadings to conclude the litigation with the Court;

WHEREAS, in view of the settlement in principle, the Parties agree to request a thirty-day continuance of the existing Case Management Conference from July 6, 2009 at 10:00 a.m. to August 5, 2009 at 10:00 a.m., or to a further date agreeable to the Court;

WHEREAS, pursuant to the Clerk's Notice, the Joint Case Management Conference Statement ("Joint Statement") is furthermore due to be filed on June 25, 2009, the Parties agree to request a corresponding continuance of the deadline to file the Joint Statement from June 25, 2009 to July 24, 2009, or to a further date agreeable to the Court;

WHEREAS, pursuant to the Order Setting Initial Case Management And ADR Deadlines dated March 27, 2009, certain ADR Deadlines are set out in connection with the case management;

WHEREAS, in view of the settlement in principle in the case, the Parties respectfully request that the ADR deadlines be presently vacated;

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

1

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  WHEREFORE, in view of the settlement in principle in the case, the Parties respectfully
2  request that the Case Management Conference, currently set for July 6, 2009 at 10:00 a.m. be
3  continued to August 5, 2009 at 10:00 a.m., or to a further date agreeable to the Court, pending the
4  Court's approval;

5  WHEREFORE, in view of the settlement in principle in the case, the Parties respectfully
6  request that the Joint Case Management Conference Statement, currently due on June 25, 2009, be
7  continued to July 24, 2009, or to a further date agreeable to the Court, pending the Court's approval.

8  WHEREFORE, in view of the settlement in principle in the case, the Parties respectfully
9  request that the ADR deadlines in the Order Setting Initial Case Management Conference and ADR
10 Deadlines be vacated, pending the Court's approval.

**IT IS SO STIPULATED.**

Dated: June 24, 2009

BAKER & McKENZIE LLP
James David Jacobs
Marcella Ballard


BAKER & McKENZIE LLP
Bruce H. Jackson
Irene V. Gutierrez


By: _____/s/_____
Bruce H. Jackson
Attorneys for Plaintiffs
EMERGING VISION, INC. and
STERLING VISION OF CALIFORNIA, INC.

///
///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

2

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | Dated: June 24, 2009

AKERMAN SENTERFITT LLP
Donald N. David

By: *Donald N. David (by M. Doub with authority)*
Donald N. David
Attorneys for Defendant
FOR EYES OPTICAL COMPANY

## ORDER

The case management conference is continued to **August 31, 2009 at 10:00 AM.** The parties are to file a joint case management conference statement on or before **August 21, 2009.** The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the case management conference will be automatically vacated.

Dated: June 24, 2009

*James Ware*
United States District Court

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

3

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I, Barbara Loeb, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On June 24, 2009, I served the following document:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY U.S. MAIL)** I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

☐ **(BY FACSIMILE)** I am readily familiar with the Firm's practice of processing documents sent via facsimile. They are transmitted to the recipient, whose fax number(s) is noted above, on the same day in the ordinary course of business.

☐ **(VIA OVERNIGHT COURIER)** I placed such sealed envelope, for collection, at BAKER & McKENZIE LLP, San Francisco, California. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, documents are deposited with the overnight courier the same day as they are placed for collection.

☐ **(VIA ELECTRONIC TRANSMISSION)** I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

☐ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be served by means of the Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the service list of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on June 24, 2009.

Barbara Loeb

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

4

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## SERVICE LIST

| | |
|---|---|
| Louis T. Pirkey, Esq.<br>Susan J. Hightower, Esq.<br>PitneyBarber LLP<br>600 Congress Avenue, Suite 2120<br>Austin, Texas 78701<br>Tel: 512.322.5200<br>Fax: 512.322.5201 | Attorneys for Defendant<br>FOR EYES OPTICAL<br>COMPANY |
| Donald N. David, Esq.<br>Martin Domb, Esq.<br>Akerman Senterfitt LLP<br>335 Madison Avenue, Suite 2600<br>New York, NY 10017-4636<br>Tel: 212.880.3800<br>Fax: 212.880.8965 | Attorneys for Defendant<br>FOR EYES OPTICAL<br>COMPANY |
| Herbert Teitelbaum, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Tel: 212.541.2000<br>Fax: 212.541.4630 | Attorneys for Defendant<br>FOR EYES OPTICAL<br>COMPANY |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6579031.1

5

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE