AKERMAN SENTERFITT LLP
DONALD N. DAVID (State Bar No. 264142)
donald.david@akerman.com
335 Madison Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

AKERMAN SENTERFITT LLP
MICHAEL S. SIMON (State Bar No. 144038)
michael.simon@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
FOR EYES OPTICAL

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
8/21/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGING VISION,<br><br>    Plaintiff,<br><br>v.<br><br>FOR EYES OPTICAL,<br><br>    Defendant. | Case No. C 09-01343-JW (HRL)<br><br>The Hon. James Ware<br><br>**JOINT STIPULATION AND PROPOSED ORDER AS MODIFIED** |

At the request of Plaintiff and with the consent of Defendant:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that the date for filing the Joint Case Management Statement shall be extended from August 21, 2009 to September 3, 2009.

{LA049749;1}                                 1                        Case No. c 09-01343-JW (HRL)
**JOINT STIPULATION AND PROPOSED ORDER**

IT IS HEREBY FURTHER STIPULATED AND AGREED that the court conference currently scheduled for August 31, 2009, shall be adjourned until September 16, 2009.

DATED:  August 20, 2009          BAKER & McKENZIE

By:__/s/_____
   JAMES D. JACOBS
Attorneys for Plaintiff

EMERGING VISION

DATED:  August 20, 2009          AKERMAN SENTERFITT LLP

By:____/s/_____
   MICHAEL S. SIMON
Attorneys for Defendant

FOR EYES OPTICAL

**IT IS SO ORDERED AS MODIFIED:**

The Initial Case Management Conference is continued to **September 21, 2009 at 10:00 AM.** The parties are to file a joint case management conference statement by **September 11, 2009**.

Dated: August 21, 2009

_____
United States District Judge