```
 1  Bruce H. Jackson, State Bar No. 98118
       bruce.h.jackson@bakernet.com
 2  Irene V. Gutierrez, State Bar No. 252927
       irene.v.gutierrez@bakernet.com
 3  BAKER & McKENZIE LLP
    Two Embarcadero Center, 11th Floor
 4  San Francisco, CA  94111-3802
    Telephone:  +1 415 576 3000
 5  Facsimile:   +1 415 576 3099

 6  Attorneys for Plaintiffs
    EMERGING VISION, INC. and
 7  STERLING VISION OF CALIFORNIA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMERGING VISION, INC. and STERLING VISION OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOR EYES OPTICAL COMPANY, <br><br> Defendant. | Case No.  C 09-01343 JW(HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> *[Civil L.R. 16-2 (e)]* <br><br> **Existing Case Management Conference** <br> Date:   September 21, 2009 <br> Time:   10:00 a.m. <br> Dept:   Courtroom 8, 4th Floor <br> **Before the Honorable James Ware** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6584031.1

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# STIPULATION

Pursuant to Civil L.R. 16-2(e) and the Standing Order Regarding Case Management in Civil Cases, Plaintiffs Emerging Vision, Inc. and Sterling Vision of California, Inc. ("Plaintiffs") on the one hand, and Defendant For Eyes Optical Company ("Defendant"), on the other hand, (Plaintiffs and Defendant collectively referred to as the "Parties"), by and through their respective counsel, have stipulated as follows:

WHEREAS, pursuant to the Court Order dated August 21, 2009, there is currently scheduled a Case Management Conference on September 21, 2009 at 10:00 a.m., and a Joint Case Management Statement due to be filed by September 11, 2009; and

WHEREAS, the Parties have stipulated and agreed to request a fourteen-day continuance of the existing Case Management Conference from September 21, 2009 to October 5, 2009 at 10:00 a.m., and of the existing Joint Case Management Statement from September 11, 2009 to September 25, 2009;

IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference be continued from September 21, 2009 to **October 5, 2009, at 10:00 a.m.**;

IT IS FURTHER STIPULATED AND AGREED that the Joint Management Conference Statement be continued from September 11, 2009 to **September 25, 2009.**

**IT IS SO STIPULATED.**

Dated: September 10, 2009

BAKER & McKENZIE LLP
James David Jacobs
Marcella Ballard

BAKER & McKENZIE LLP
Bruce H. Jackson
Irene V. Gutierrez

By: _____/s/_____
　　Bruce H. Jackson
　　Attorneys for Plaintiffs
　　EMERGING VISION, INC. and
　　STERLING VISION OF CALIFORNIA, INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6584031.1

1

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated: September 10, 2009          AKERMAN SENTERFITT LLP <br> Michael S. Simon |

By: _____/s/_____
Michael S. Simon
Attorneys for Defendant
FOR EYES OPTICAL COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED as follows.

The Initial Case Management Conference is continued to **October 5, 2009 at 10:00 a.m.** The Parties are to file a Joint Case Management Conference Statement by **September 25, 2009.**

Dated: __September 16__, 2009

*/s/ James Ware*
JUDGE OF THE U.S. DISTRICT COURT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6584031.1

2

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I, Barbara Loeb, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On September 10, 2009, I served the following document:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY U.S. MAIL)** I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

☐ **(BY FACSIMILE)** I am readily familiar with the Firm's practice of processing documents sent via facsimile. They are transmitted to the recipient, whose fax number(s) is noted above, on the same day in the ordinary course of business.

☐ **(VIA OVERNIGHT COURIER)** I placed such sealed envelope, for collection, at BAKER & McKENZIE LLP, San Francisco, California. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, documents are deposited with the overnight courier the same day as they are placed for collection.

☐ **(VIA ELECTRONIC TRANSMISSION)** I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

☐ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be served by means of the Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the service list of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on September 10, 2009.

_____
Barbara Loeb

## SERVICE LIST

| | |
|---|---|
| Donald N. David, Esq.<br>Martin Domb, Esq.<br>Akerman Senterfitt LLP<br>335 Madison Avenue, Suite 2600<br>New York, NY 10017-4636<br>Tel:  212.880.3800<br>Fax: 212.880.8965 | Attorneys for Defendant<br>FOR EYES OPTICAL<br>COMPANY |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6584031.1

4

Case No. C 09-01343 JW (HRL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE