IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emerging Vision, Inc., et al., | NO. C 09-01343 JW |
|     Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| For Eyes Optical Company, | |
|     Defendant. | |

This case is scheduled for a Case Management Conference on October 5, 2009. The parties filed a Joint Case Management Statement. (See Docket Item No. 17.) Upon review of the Joint Statement, the Court finds good cause to continue the Case Management Conference to facilitate settlement.

Accordingly, the Court continues the October 5, 2009 Case Management Conference to **November 9, 2009 at 10 a.m.** On or before **October 30, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the parties' settlement efforts, as well as the parties' proposed schedule on how this case should proceed. This is the parties' final continuance as the Court previously granted one for the same purposes. (Docket Item No. 16.)

Dated: October 1, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Jackson bruce.h.jackson@bakernet.com
Donald Norman David donald.david@akerman.com
Julie Marie McGoldrick julie.mcgoldrick@akerman.com
Louis T. Pirkey lpirkey@pirkeybarber.com
Marcella Ballard marcella.ballard@bakernet.com
Michael Samuel Simon michael.simon@akerman.com
Susan J. Hightower shightower@pirkeybarber.com

**Dated: October 1, 2009**             **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
          Elizabeth Garcia
          Courtroom Deputy**