IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emerging Vision, Inc., et al., | NO. C 09-01343 JW |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| v. | |
| For Eyes Optical Company, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on November 9, 2009. The parties filed a Joint Case Management Statement. (See Docket Item No. 19.) Upon review of the Joint Statement, the Court finds good cause to set a briefing schedule for anticipated dispositive motions without the necessity of a conference at this time. Accordingly, the Court VACATES the Conference and sets the following briefing schedule:

(1) On **February 8, 2010 at 9 a.m.**, the Court will conduct a hearing on anticipate dispositive motions. The parties may Stipulate to a briefing schedule. However, all briefing shall be completed on or before **January 18, 2010.**

(2) On or before **March 22, 2010 at 11 a.m**, the parties shall appear for a Preliminary Pretrial Conference. On or before **March 12, 2010**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Statement shall include the parties' proposed trial schedule.

Dated: November 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Jackson bruce.h.jackson@bakernet.com
Donald Norman David donald.david@akerman.com
Julie Marie McGoldrick julie.mcgoldrick@akerman.com
Louis T. Pirkey lpirkey@pirkeybarber.com
Marcella Ballard marcella.ballard@bakernet.com
Michael Samuel Simon michael.simon@akerman.com
Susan J. Hightower shightower@pirkeybarber.com

**Dated:  November 3, 2009**                              **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**

**United States District Court**
For the Northern District of California