UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



IT IS SO ORDERED
Judge James Ware
1/20/2010

| | |
|---|---|
| EMERGING VISION, INC. and<br>STERLING VISION OF CALIFORNIA, INC.,<br>　　　　　Plaintiffs,<br>v.<br>FOR EYES OPTICAL COMPANY,<br>　　　　　Defendant. | Case No. C 09-01343 JW (HRL)<br>The Hon. JAMES WARE<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, between plaintiffs Emerging Vision, Inc. and Sterling Vision of California, Inc. ("Plaintiffs") and defendant For Eyes Optical Company ("Defendant"), by their respective attorneys, that pursuant to Rule 41, Federal Rules of Civil Procedure, all of Plaintiffs' claims against Defendant and all of Defendant's counterclaims against Plaintiffs in this case be dismissed with prejudice in accordance with the terms and obligations contained in the parties' Settlement Agreement and Releases, dated December 31, 2009.

Each of the parties shall bear its own costs and attorneys' fees in connection with the prosecution and defense of this action.

Dated: ~~December~~ JANUARY 15, 2010 ~~, 2009~~

Marcella Ballard (by MD)*
Marcella Ballard, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
(t) 212-626-4664
(f) 212-310-1643
*Counsel to Plaintiffs*

Dana Clayton (by MD)*
Dana Clayton, Esq.
Akerman Senterfitt
One Southeast Third Avenue
Suite 2800
Miami, Florida 33131
(t) 305-982-5619
(f) 305-374-5095
*Counsel to Defendant*

\* WITH PERMISSION

{NY088544;1}　　　　　1

**IT IS SO ORDERED:**

The Court approves the stipulation. The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: January 20, 2010

_____
United States District Judge